UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DIANA KING and SAVANA KING, by and through her Guardian Ad Litem, DIANA KING,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SELECT COMFORT CORP., SLEEP NUMBER CORP., and DOES 1 – 20,<br><br>　　　　Defendants. | Case No.: EDCV 19-01362-CJC(SHKx)<br><br>JUDGMENT |

Plaintiffs Diana King and Savana King bring this product defect suit against Defendants Select Comfort Corporation, Sleep Number Corporation, and unnamed Does. Defendants' motion to dismiss the Second Amended Complaint for failure to state a claim came for consideration before this Court. The Court hereby **ORDERS** that:

1. Defendants' motion to dismiss is **GRANTED**.

2. Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: November 13, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE